THE UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. 08-14642 |
| | | (Chapter 7) |
| | : | |
| JAMIE A. JUDKINS | | JUDGE: JEFFERY P. HOPKINS |
| | : | |
| | | NOTICE OF CHANGE OF ADDRESS |
| Debtor | : | |

Comes now the above captioned Debtor, by and through undersigned attorney, and gives notice of his change of address. The new address is **8351 Chadwood Lane, East Drive, #1A, Indianapolis, IN 46268.**

/s/ John W. Rose
John W. Rose         0029888
Attorney for Debtor
632 Vine Street, Suite 711
Cincinnati, Ohio 45202
Telephone: (513) 621-7902
Facsimile: (513) 621-6402

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by either regular U.S. Mail or via electronic filing to Eric W. Goering, Esq., 220 West Third Street, Suite 399, Cincinnati, Ohio 45202, U.S. Trustee's Office, 36 E. Seventh Street, Suite 2030, Cincinnati, Ohio 45202, this the 1st day of October, 2008.

/s/ John W. Rose
John W. Rose
Attorney for Debtor